In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THEODORE H. THIESING, as Executor, etc., of ALEXANDER C. F. VON GONTARD, Deceased. In the Matter of the Petition of THE PEOPLES NATIONAL BANK AND TRUST COMPANY, to Compel Payment of Funds to Set Up and for a Judicial Construction of the Trust Created under Paragraph Eleventh of the Last Will and Testament of ALEXANDER C. F. VON GONTARD, Deceased. ELIZABETH LADD VON GONTARD, Appellant; THEODORE H. THIESING, as Executor, etc., of ALEXANDER C. F. VON GONTARD, Deceased, and Others, Respondents.— Appeal from a decree of the Surrogate's Court of Westchester County judicially settling the intermediate account of the executor of the last will and testament of Alexander C. F. Von Gontard, deceased. Decree unanimously affirmed, with one bill of costs, payable out of the estate, to the respondent executor. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

EUGENE J. MAUL, Respondent, v. DOROTHY C. MAUL, Appellant.— In an action for absolute divorce, defendant's motion to set aside judgment in favor of plaintiff and to set aside and vacate the summons and complaint and all proceedings theretofore had on the ground that defendant was never served with process was granted by order dated September 20, 1940. Plaintiff moved for reargument, which was granted, and on reargument the order of September 20, 1940, was vacated and plaintiff's further motion to confirm the report of an official referee to the effect that service of process had been made on defendant was granted. Defendant appeals from the order dated October 29, 1940, entered on such reargument. Order on reargument affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.